# **EXHIBIT A**

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 203 ) 579 − 6527 | July 26, 2022 |

| | G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District<br>☐ Housing Session | ☐ Number: | Bridgeport | Major: T   Minor: 20 & 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Law Office of Austin B. Johns, LLC, 36 Russ Street, Hartford, CT 06106 | 437919 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 785 − 6225 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): **austin@abjohnslaw.com**

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: GONZALEZ-VELEZ, SILFREDO<br>Address: 872 Hancock Avenue, Bridgeport, CT 06605 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| **First defendant** | Name: FABMETALS, INC.<br>Address: 250 Brubaker Drive, New Carlisle OH 45344; c/o Corporate Secretary | D-01 |
| Additional defendant | Name: TRUGREEN LIMITED PARTNERSHIP D/B/A TRUGREEN<br>Address: 1790 Kirby Parkway, Suite 300, Memphis, TN 38138<br>c/o Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

**Total number of plaintiffs:** 1   **Total number of defendants:** 2   ☐ Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing |
|---|---|---|---|
| 06/21/22 | *[signature]* | | Austin Berescik-Johns |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

[ Print Form ]   Page 1 of 2   [ Reset Form ]

| | | |
|---|---|---|
| **RETURN DATE: JULY 26, 2022** | :: | **SUPERIOR COURT** |
| **SILFREDO GONZALEZ-VELEZ** | :: | **JUDICIAL DISTRICT OF** |
| **V.** | :: | **FAIRFIELD AT BRIDGEPORT** |
| **FABMETALS, INC.; AND,** <br> **TRUGREEN LIMITED PARTNERSHIP** <br> **D/B/A TRUGREEN** | :: | **JUNE 21, 2022** |

## COMPLAINT

**GENERAL ALLEGATIONS**

1. At all relevant times, the plaintiff, **SILFREDO GONZALEZ-VELEZ**, was a resident of Connecticut.

2. At all relevant times, the defendant **FABMETALS, INC.** (hereinafter referred to as "FabMetals") was a foreign corporation, with a principal place of business in New Carlisle, Ohio, which was duly licensed and authorized to do business in the State of Ohio.

3. At all relevant times, FabMetals was in the business of manufacturing, distributing, selling, renting, and/or leasing chemical pump systems used in the application of herbicides and other chemicals.

4. At all relevant times, FabMetals manufactured, distributed, sold, rented and/or leased a chemical pump system known as Model No. REG50400SS.

5. At all relevant times, FabMetals manufactured, distributed, sold, rented and/or leased chemical pump systems to a lawn care company known as TruGreen Limited Partnership for use in lawn care spray trucks in the State of Connecticut.

6. At all relevant times, the defendant **TRUGREEN LIMITED PARTNERSHIP D/B/A TRUGREEN** (hereinafter referred to as "TruGreen") was a foreign corporation, with

1

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

a principal place of business in Memphis, Tennessee, which was duly licensed and authorized to do business in the State of Connecticut.

7. At all relevant times, TruGreen conducted and transacted business in the State of Connecticut, including rendering lawn care services that involved the application of herbicides and other chemicals.

8. At all relevant times, from approximately November of 2018 through July of 2019, the plaintiff was an employee of TruGreen, at its Danbury, Connecticut branch.

9. In the course of his employment with TruGreen, the plaintiff was required to use a chemical pump system that was manufactured, distributed, sold, rented and/or leased by FabMetals, which, based on information and belief, is known as Model No. REG50400SS, to apply the herbicides Dimension, Trupower3, and/or other chemicals.

10. On or about June 24, 2019, the plaintiff's employer, TruGreen, dispatched him to perform lawn care services using a spray truck bearing Connecticut license plate number K-70207, which was owned, leased, rented, and/or controlled by TruGreen.

11. On or about June 24, 2019, when the plaintiff attempted to use said chemical pump system contained in the spray truck, in accordance with his training and experience, the equipment suddenly malfunctioned and sprayed the herbicide Dimension, Trupower3, and/or other chemicals into the plaintiff's eyes, face, and mouth, and onto his body and skin.

12. On or about June 25, 2019, the plaintiff's employer, TruGreen, again dispatched him to perform lawn care services using the same spray truck bearing Connecticut license plate number K-70207.

13. On or about June 25, 2019, when the plaintiff attempted to use said chemical pump system contained in the spray truck, in accordance with his training and experience,

2

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

the equipment again suddenly malfunctioned and sprayed the herbicide Dimension, Trupower3, and/or other chemicals into the plaintiff's eyes, face, and mouth, and onto his body and skin.

**COUNT I: Product liability as to the defendant FabMetals, Inc.**

1-13. Paragraphs 1 through 13 of the General Allegations are hereby made corresponding Paragraphs 1 through 13 of Count I by reference as if fully set forth herein.

14. At all relevant times, the chemical pump system manufactured, distributed, sold, rented and/or leased by FabMetals, and which, based on information and belief, is known as Model No. REG50400SS, was in a defective condition, unreasonably dangerous to the intended consumer or user.

15. Said defective condition existed at the time that FabMetals sold, rented, and/or leased the chemical pump system.

16. Said chemical pump system was expected to, and did reach the intended consumer or user without substantial change in condition.

17. Said defective condition caused the plaintiff to suffer the injuries, harms, and losses described below.

18. FabMetals is liable to the plaintiff for his injuries, harms, and losses, in accordance with Connecticut General Statutes § 52-572m, *et seq.*, in one or more of the following ways:

    a. It designed, manufactured, and/or distributed the chemical pump system product in such a way that the equipment could suddenly malfunction, after regular and ordinary use, and spray harmful chemicals onto a user;

3

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

b. It designed, manufactured, and/or distributed the product without an automatic emergency shutoff, or other such safeguard, in the event of a sudden equipment malfunction, to prevent harmful chemicals from being sprayed onto a user, such as the plaintiff;

c. The users and consumers of the product were not adequately warned that regular and ordinary use of the product could lead to the product suddenly malfunctioning and spraying the user with harmful chemicals;

d. It failed to recall said defective and unreasonably dangerous product; and,

e. The defendant's design, manufacture, and/or distribution of the chemical pump system with the above-described defect, which led to the plaintiff's face and body being sprayed with harmful chemicals, after regular and ordinary use of the product, amounts to the defendant's reckless disregard for the safety of its product users.

19. The above-described defective product caused the plaintiff to suffer injuries, harms and losses, including, but not limited to:

a. Harmful chemical exposure to eyes, face, mouth, body, and skin; and, the development of a painful skin condition that leads to hives, lesions, and bleeding; some or all of these injuries may be permanent in nature;

b. Physical pain, loss of function, disability, emotional distress, frustration, and anxiety because he was and remains injured;

4

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

c. The incurring of past and future medical expenses for medical treatment such as hospitalizations, laboratory tests, physical therapy, operations, continuing medical care, and medicines;

d. The diminution of his ability to enjoy life's activities; and,

e. The loss of time from his employment and the inability to perform certain functions for employment, thereby losing wages and income, all to his loss and detriment.

**COUNT II: Intentional infliction of emotional distress as to the defendant TruGreen Limited Partnership d/b/a TruGreen**

1-13. Paragraphs 1 through 13 of the General Allegations are hereby made corresponding Paragraphs 1 through 13 of Count II by reference as if fully set forth herein.

14. Prior to June 24, 2019, the defendant TruGreen, through its employees, managers, and/or agents, knew or should have known that the chemical pump system contained in the spray truck bearing Connecticut license plate number K-70207 contained a defective condition that rendered it unreasonably dangerous, and yet it still directed the plaintiff to use that pump system on June 24, 2019 and June 25, 2019.

15. Following the above-described equipment malfunctions, which led to harmful chemicals being sprayed into the plaintiff's eyes, face, and mouth, and onto his body and skin on June 24, 2019 and June 25, 2019, the plaintiff alerted the defendant TruGreen, and asked for guidance and help.

16. Instead of instructing the plaintiff to immediately seek medical attention following his significant exposures to regulated and harmful chemicals, the defendant, through its employees, managers, and/or agents, minimized and downplayed the danger to the plaintiff's health and safety, and discouraged the plaintiff from seeking medical attention.

5

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

17. Instead of removing the spray track bearing Connecticut license plate number K-70207 from service until its defective chemical pump system could be fully repaired or replaced, when the defendant already knew or should have known of the extreme danger posed by the pump system, the defendant ordered the plaintiff to continue to operate the truck, and its chemical pump system, in performing lawn care services.

18. The defendant TruGreen failed to report the above-described chemical pump system malfunctions and chemical exposures to the appropriate regulatory authorities, as required by law.

19. The defendant TruGreen did not take adequate steps to prevent the injuries suffered by the plaintiff before the chemical exposures occurred, or to mitigate his injuries after the exposures occurred, when it could and should have done so.

20. The conduct of the defendant TruGreen caused the plaintiff to suffer physical and emotional injuries, harms, and losses, unnecessarily.

21. The conduct of the defendant TruGreen was undertaken with the intent to inflict emotional distress upon the plaintiff, or the defendant knew or should have known that emotional distress was the likely result of its conduct.

22. The defendant's conduct was extreme and outrageous.

23. As a direct and proximate result of the defendant's conduct, the plaintiff suffered and continues to suffer from severe emotional distress.

6

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

WHEREFORE, the Plaintiff claims:

1. Monetary damages, within the jurisdiction of the Court;

2. Punitive damages as to Count I, pursuant to General Statutes § 52-240b;

3. Attorney's fees as to Count I, pursuant to General Statutes § 52-240a;

4. Punitive damages as to Count II;

5. Allowable costs; and,

6. Such other relief as law and equity may provide.

                              THE PLAINTIFF
                              SILFREDO GONZALEZ-VELEZ

By: _____
        Austin Berescik-Johns
        Law Office of Austin B. Johns
        His Attorney

7

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919

| | | |
|---|---|---|
| **RETURN DATE: JULY 26, 2022** | :: | **SUPERIOR COURT** |
| **SILFREDO GONZALEZ-VELEZ** | :: | **JUDICIAL DISTRICT OF** |
| **V.** | :: | **FAIRFIELD AT BRIDGEPORT** |
| **FABMETALS, INC.; AND, TRUGREEN LIMITED PARTNERSHIP D/B/A TRUGREEN** | :: | **JUNE 21, 2022** |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF
SILFREDO GONZALEZ-VELEZ

By: _____
Austin Berescik-Johns
Law Office of Austin B. Johns
His Attorney

8

Law Office of Austin B. Johns, LLC
36 Russ Street, Hartford, Conn. 06106
T. (860) 785-6225  F. (860) 785-6733  Juris No. 437919